UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GEORGE W. MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:11-1093 |
| ) | Judge Haynes/Bryant |
| NICK WATSON, L.P.D., ) | **Jury Demand** |
| ) | |
| Defendant. ) | |

**O R D E R**

Plaintiff has filed his "Motion Requesting the Court to Order All Relevant Documents Be Given to Plaintiff" (Docket Entry No. 9).

Plaintiff's motion is unsigned and therefore fails to comply with Rule 11(a) of the Federal Rules of Civil Procedure. Moreover, plaintiff's motion fails to demonstrate that plaintiff has previously requested discovery of the documents and other information he seeks pursuant to Rule 34 of the Federal Rules of Civil Procedure.

For the foregoing reasons, plaintiff's motion requesting the Court to order all relevant documents be given to plaintiff (Docket Entry No. 9) is **DENIED** without prejudice to plaintiff's right to seek discovery of relevant information pursuant to the provisions of the federal rules.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge